HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorneys for Defendant
GREGORIO GUZMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:23-cr-00206-JAM |
|---|---|
| Plaintiff, | ) **SEALING ORDER** |
| vs. | ) Judge: John A. Mendez |
| GREGORIO GUZMAN, | ) |
| Defendant. | ) |

**IT IS HEREBY ORDERED** that the Request to Seal Police Report to Mr. Guzman's admit/deny hearing memorandum be **GRANTED** so that this sensitive personal information is not available on the public docket. The records are to be provided to the Court and Government counsel.

These documents **SHALL** remain under seal until further Order of the Court.

Dated: January 22, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE