1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    UNITED STATES OF AMERICA,              No.  2:23-cr-00206-JAM

12              Plaintiff,

13         v.                                ORDER

14    GREGORIO GUZMAN

15              Defendants.

16

17         Defendant, via counsel, has requested that the court order the United States Probation

18    Office to produce the "Chronos/Client History" portion of defendant's file to allow counsel to

19    present mitigation information at defendant's dispositional hearing for his TSR violation. ECF

20    No. 23.  The government opposes defendant's request, arguing that "[n]either the federal rules nor

21    /////

22    /////

23    /////

24    /////

25    /////

26    /////

27

28

1

1   due process require disclosure of Probation's files." ECF No. 25.  The court agrees and declines to

2   order the Probation Department to release the material requested.[1]

3         IT IS SO ORDERED

4   Dated:  March 20, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

---

[1] The undersigned has, however, reviewed the "Chronos/Client History" portion of defendant's Probation file, as well as the Dispositional Memorandum prepared by the Probation Officer. ECF No. 26.  The court finds that the Probation Officer accurately summarized the defendant's performance on supervision prior to his violation, including that this violation was his first, that he was doing "exceptionally well" with his drug testing and treatment, and that he paid his monetary obligation in full. Id.

2